EXHIBIT 1

EXHIBIT 1

EXHIBIT 1



EXHIBIT 1



EXHIBIT 1

