# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Robert L. Pitts, Chairman, Fulton County Board of Commissioners, and Fulton County Board of Registration and Elections, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CIVIL ACTION: <br><br> 1:26-MC-0177 <br><br> MOTION TO <br><br> UNSEAL |

## MOTION TO UNSEAL [UNDER SEAL]

Petitioners Robert L. Pitts, Chairman, Fulton County Board of Commissioners, and the Fulton County Board of Registration and Elections hereby move through undersigned counsel to unseal the affidavit upon which the United States relied in obtaining a January 28, 2026 search warrant.

On January 28, 2026, Special Agent with the Federal Bureau of Investigations, Hugh Raymond Evans, submitted an affidavit under seal in the Northern District of Georgia, in support of a search warrant. On that day, the Court granted the search warranted and the United States executed it, seizing and removing approximately 656 boxes of 2020 election-related materials from the Fulton County Clerk of Court.

For the reasons set forth in Petitioners' Brief in Support of Petitioners' Motion to Unseal, there is good cause for this motion. Accordingly, Petitioners respectfully request that the Court grant Petitioners' Motion to Unseal.

Dated: February 4, 2026

Respectfully submitted,
/s/ *Y. Soo Jo*
Y. Soo Jo
Georgia Bar No. 385817
OFFICE OF THE FULTON
COUNTY ATTORNEY
141 Pryor St. SW, Suite 4038
Atlanta, GA 30303
404-612-0246
soo.jo@fultoncountyga.gov