# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Robert L. Pitts, Chairman, Fulton County Board of Commissioners, and Fulton County Board of Registration and Elections,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CIVIL ACTION:<br><br>1:26-MC-0177<br><br>[PROPOSED] ORDER |

## [PROPOSED] ORDER GRANTING MOTION TO UNSEAL

Before the Court is Petitioners' Motion to Unseal Affidavit in Support of Search Warrant. Upon consideration of the Motion and briefing in support of the Motion, the Court finds that Petitioners have established good cause to grant the motion.

THEREFORE it is hereby ORDERED that the affidavit in support of the search warrant the government obtained on January 28, 2026, to seize those records be unsealed.

**IT IS SO ORDERED.**

Entered this \_\_\_\_ day of February 2026.

_____
UNITED STATES DISTRICT JUDGE