# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROBERT L. PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS, AND FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CIVIL ACTION:<br>1:26-MC-0177<br><br>EMERGENCY MOTION UNDER L.R. 7.2(B) |

## REDACTED PETITIONERS' EMERGENCY MOTION PURSUANT TO LOCAL RULE 7.2(B)

In accordance with Local Rule 7.2(B), Petitioners Robert L. Pitts, Chairman, Fulton County Board of Commissioners, and the Fulton County Board of Registration and Elections respectfully move the Court to waive the time requirements for briefing on Petitioners' Emergency Motion to File Under Seal, Petitioners' Emergency Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g) and Petitioners' Emergency Motion to Unseal Affidavit in Support of Search Warrant. Petitioners' request that the Court grant an immediate hearing on Petitioners' Emergency Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g) and Petitioners' Emergency Motion to Unseal Affidavit in Support of Search Warrant. For the reasons set forth in Petitioners' Brief in Support of Petitioners' Emergency Motion, there is good cause

shown for this motion. Accordingly, Petitioners respectfully request that the Court waive the time requirements under Local Rule 7.1 for all three motions and grant an immediate decision on Petitioners' Motion to File Under Seal, and grant a hearing on (1) Petitioners' Emergency Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g), and (2) Petitioners' [Emergency] Motion to Unseal Affidavit in Support of Search Warrant.

Dated: February 4, 2026

Respectfully submitted,
/s/ *Y. Soo Jo*
Y. Soo Jo
Georgia Bar No. 385817
OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor St. SW, Suite 4038
Atlanta, GA 30303
404-612-0246
soo.jo@fultoncountyga.gov