# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROBERT L. PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS, AND FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS,<br><br>        Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CIVIL ACTION:<br>1:26-MC-0177<br><br>[PROPOSED] ORDER |

## [PROPOSED] ORDER GRANTING PETITIONERS' EMERGENCY MOTION PURSUANT TO LOCAL RULE 7.2(B)

Before the Court is Petitioners' Emergency Motion pursuant to Local Rule 7.2(B) to waive the time requirements for briefing under Local Rule 7.1(A) and (B) Petitioners' (1) Emergency Motion to File Under Seal, (2) Emergency Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g), and (3) Emergency Motion to Unseal Affidavit in Support of Search Warrant. Petitioners further request the Court grant an immediate decision upon their motion to file under seal and an immediate hearing upon their remaining motions. They request that the Court temporarily enjoin the United States from accessing, searching, relying on, or reviewing the materials seized on January 28, 2026, from the Office of the Clerk of the Court, 5600 Campbellton Fairburn Road, Fairburn, GA 30213, as well as any copies thereof, pending further order of this Court.

Upon consideration of the Motion and briefing in support of the Motion, the Court finds that Petitioners have established good cause to grant the motion.

THEREFORE it is hereby ORDERED that the time requirements of Local Rule 7.1 are waived for both motions.

IT IS FURTHER ORDERED that the government is temporarily enjoined from accessing, searching, relying on, or reviewing the materials seized on January 28, 2026, from the Office of the Clerk of the Court, 5600 Campbellton Fairburn Road, Fairburn, GA 30213, as well as any copies thereof, pending the emergency hearing of this Court.

IT IS FURTHER ORDERED that an immediate hearing on Petitioners' (1) [Emergency] Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g), and (2) Emergency Motion to Unseal Affidavit in Support of Search Warrant is set for [DATE]. The Court's decision on Petitioners' motion to file under seal will be issued imminently.

**IT IS SO ORDERED.**

Entered this \_\_\_\_\_day of February 2026.

_____
UNITED STATES DISTRICT JUDGE