IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS and FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CIVIL ACTION NO.<br>1:26-MI-000012-JPB |

**UNOPPOSED MOTION OF PETITIONERS AND FULTON COUNTY, GEORGIA FOR FULTON COUNTY, GEORGIA TO JOIN PETITIONERS' MOTION FOR RETURN OF PROPERTY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEURE 41(G)**

Pursuant to Federal Rule of Civil Procedure 20(a)(1), Fulton County, Georgia ("the County"), as well as Petitioners (a) Robert L. Pitts, Chairman, Fulton County Board of Commissioners, and (b) Fulton County Board of Registration and Elections, hereby move the Court to permit the County's joinder in this action. For the reasons stated in the Petitioners' Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g), the County has a protectable interest in the relief sought by Petitioners and adopts the arguments advanced in that motion. Respondent has indicated that it does not oppose Petitioners' motion for joinder. A proposed Order granting the motion for joinder is attached hereto as Exhibit A.

Respectfully submitted, this 8th day of February, 2026.

*/s/ Y. Soo Jo*
Y. Soo Jo
Georgia Bar No. 385817
OFFICE OF THE FULTON
COUNTY ATTORNEY
141 Pryor St. SW, Suite 4038
Atlanta, Georgia 30303
Tel.: (404) 612-0246
soo.jo@fultoncountyga.gov

*/s/ Kamal Ghali*
Kamal Ghali
Georgia Bar No. 805055
Michael C. Duffey
Georgia Bar No. 710738
CHAIKEN GHALI LLP
One Atlantic Center
1201 W. Peachtree St. NW, Suite 2300
Atlanta, Georgia 30309
Tel.: (404) 795-5005
kghali@chaikenghali.com
mduffey@chaikenghali.com

*/s/ Abbe David Lowell*
Abbe David Lowell*
John Bolen*
LOWELL & ASSOCIATES, PLLC
1250 H Street NW
Washington, D.C. 20005
Tel.: (202)-964-6110
jbolen@lowellandassociates.com
alowellpublicoutreach@
lowellandassociates.com

*/s/ Stephen Jonas*
Stephen Jonas*
Norman Eisen*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE
Suite 1580, Washington, D.C. 20003
Tel.: (202) 594-9958
steve@democracydefenders.org
norman@democracydefenders.org

*Counsel for Petitioners Robert L. Pitts, Chairman, Fulton County Board of Commissioners, Fulton County Board of Registration and Elections, and Fulton County, Georgia*

*\*Application for admission pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

This 8th day of February, 2026.

*/s/ Kamal Ghali*
Kamal Ghali
