UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT L. "ROBB" PITTS, et al.,

      Petitioners,

   v.

UNITED STATES OF AMERICA,

      Respondent.

CIVIL ACTION NO.
1:26-MI-00012-JPB

## ORDER

This matter is before the Court on the Unopposed Motion to Join [Doc. 12]. For good cause shown and with the consent of the parties, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Fulton County, Georgia is joined as a party to Petitioners' Motion for Return of Property. The Clerk is **DIRECTED** to amend the caption of the case to reflect that Fulton County, Georgia is a petitioner in this action.

**SO ORDERED** this 9th day of February, 2026.

**J. P. BOULEE**
United States District Judge