IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, ET AL., PETITIONERS, <br><br> v. <br><br> UNITED STATES OF AMERICA, RESPONDENT. | Civil Action No. <br><br> 1:26-MI-012-JPB |

**NOTICE OF FILING – REDACTED WARRANT AFFIDAVIT**

Pursuant to the Court's Order of February 7, 2026, the undersigned Special Attorney to the Attorney General files the two attached redacted search warrant affidavits. Attachment 1 is a redacted affidavit submitted in Case No. 1:26-MC-0158-CMS. Attachment 2 is a redacted affidavit submitted in Case No. 1:26-MC-0177-CMS, which was executed on January 28, 2026.

Respectfully submitted,

/s/ THOMAS C. ALBUS
  *Special Attorney to the Attorney General*
  *and United States Attorney for the*
  *Eastern District of Missouri*
Missouri Bar No. 46224
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

All Attorneys of Record for Petitioners
All Attorneys of Record for Movants

                                                    */s/ Thomas C. Albus*
                                                  THOMAS C. ALBUS
                                                  Special Attorney to the Attorney General