UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT L. "ROBB" PITTS, et al.,

Petitioners,

v.

UNITED STATES OF AMERICA,

Respondent.

CIVIL ACTION NO.
1:26-MI-00012-JPB

## ORDER TO SHOW CAUSE

This matter is before the Court on Justin Glawe's Motion to Intervene [Doc. 6] and various media entities' Motion to Intervene and for Access to Court Records [Doc. 7].

On January 28, 2026, after obtaining a search warrant, agents with the Federal Bureau of Investigation seized 656 boxes of election records from the office of the Clerk of the Superior Court of Fulton County, Georgia. On February 5, 2026, Robert L. Pitts and Fulton County Board of Registration and Elections (collectively, "Petitioners") filed an emergency motion requesting that this Court order the return of the materials. Shortly thereafter, on February 6, 2026, Glawe and the various media entities filed their respective motions to intervene. Glawe's motion asks the Court to unseal the search warrant materials, including the

underlying affidavit.  [Doc. 6].  Similarly, in the media entities' motion, they request that the Court unseal the search warrant materials, unseal Petitioners' February 5, 2026 motion and establish public access to the docket in this matter. [Doc. 7].

On February 7, 2026, the Court entered an order unsealing Petitioners' February 5, 2026 motion and establishing public access to the docket for this case. [Doc. 9].  Then, on February 10, 2026, the United States of America filed a redacted copy of the affidavit used to obtain the search warrant executed on January 28, 2026.  [Doc. 22].  Since the docket in this case, Petitioners' February 6, 2026 motion and the search warrant affidavit are now unsealed, Glawe and the various media entities are **ORDERED** to show cause no later than February 17, 2026, as to why their motions to intervene should not be denied as moot.

**SO ORDERED** this 10th day of February, 2026.

**J. P. BOULEE**
United States District Judge