UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CIVIL ACTION NO. <br> 1:26-MI-00012-JPB |

## **ORDER**

Robert L. "Robb" Pitts and the Fulton County Board of Registration and Elections (collectively, "Petitioners") filed an Emergency Motion for Return of Property on February 5, 2026. [Doc. 1]. On February 10, 2026, Petitioners notified the Court of their intent to amend their motion. [Doc. 25]. The Court sets the following briefing schedule:

1) Petitioners' deadline to file an amended motion: 12:00 PM on February 17, 2026.

2) Respondent's deadline to file a response to the motion: 5:00 PM on February 20, 2026.

3) Petitioners' deadline to file a reply: 5:00 PM on February 24, 2026.

This matter is set for an evidentiary hearing on Friday, February 27, 2026, at 9:00 AM.  The parties should provide the courtroom deputy clerk with their respective exhibit and witness lists no later than February 25, 2026, at 5:00 PM.  Before sending their respective exhibit lists to the courtroom deputy clerk, the parties shall meet and confer regarding the admissibility of exhibits.  If the parties stipulate that an exhibit is admissible, the stipulation should be noted on the exhibit lists sent to the courtroom deputy clerk.  On the morning of the hearing, each party should provide one courtesy copy of all exhibits in an appropriately labeled notebook to the Court.  The parties are referred to Local Rule 16.4(B)(19)(b), NDGa, concerning exhibit labeling.

Any training or trial runs regarding the courtroom technology must be scheduled in advance of the hearing.  Parties may arrange with the courtroom deputy clerk to test equipment prior to the date of the hearing, as the Court will not allow time for training or trial runs at the beginning of the hearing.  Any motions requesting leave to bring technology into the courtroom must be filed no later than

three days in advance of the hearing date to allow time for proper notification to the U.S. Marshals Service.

**SO ORDERED** this 11th day of February, 2026.

_____
J. P. BOULEE
United States District Judge